**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA DE JESUS FUENTES, | No. 07-71997 |
| Petitioner, | Agency No. A096-351-265 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010 [**]
San Francisco, California

Before: FERNANDEZ, GOULD, and  M. SMITH, Circuit Judges.

Maria De Jesus Fuentes, a native and citizen of Mexico, petitions pro se for

review of the decision of the Board of Immigration Appeals summarily affirming

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jlf/Inventory

the immigration judge's denial of her application for cancellation of removal due to her failure to establish the requisite hardship to her United States citizen children.

Fuentes contends that the immigration judge violated her due process rights when the IJ failed to address all the hardship factors cumulatively. We lack jurisdiction to review the agency's determination that petitioner failed to show extreme hardship. *See Romero-Torres v. Ashcroft*, 327 F.3d 887, 892 (9th Cir. 2003). In addition, we lack jurisdiction over petitioners' contention that the BIA failed to consider the cumulative impact of their hardship evidence because it is not supported by the record and does not amount to a colorable constitutional claim. *See Mendez-Castro v. Mukasey*, 552 F.3d 975, 980 (9th Cir. 2009).

**PETITION FOR REVIEW DISMISSED.**